JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 13-4986 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| DONALD R. DEBOSE, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, United States Of America, against Defendant, Donald R. DeBose, in the principal amount of $2,377.00 plus interest accrued to July 8, 2013, in the sum of $2,512.18; with interest accruing thereafter at 5% annually until entry of judgment, administration costs in the amount of $207.00, for a total amount of **$5,096.18**.

DATED: August 2, 2013          By: _____Terry Nafisi_____
                                    Clerk, [signature] Court
                                    _____
                                    Deputy Clerk
                                    United States District Court